UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY SOWELL, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civ. No. 07-1659 (EGS) |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** | : |
| **Defendant.** | : |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendant, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court for an enlargement of time – to January 25, 2008 – to respond to the complaint herein.

This action involves Plaintiffs' appeal of a hearing officer's determination under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et. seq. ("IDEIA").  Currently, the Defendant is working on addressing the allegations in the Complaint and the possibility of settling the claims herein before embarking on the preparation and filing of pleadings that may not ultimately be necessary.  The Defendant respectfully requests that this Court enlarge the time to file its response to the Complaint herein.

Counsel for the Plaintiffs has consented to a grant of this motion.

                    Respectfully submitted,

                    LINDA SINGER
                    Attorney General
                    for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    ***/s/ Edward P. Taptich***
                    EDWARD P. TAPTICH [#012914]
                    Chief, Equity Section II

                    ***/s/ Amy Caspari***
                    AMY CASPARI [#488968]
                    Assistant Attorney General
                    441 Fourth Street, N.W.
                    Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-7794

January 2, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY SOWELL, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 07-1659 (EGS) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b)(1), Federal Rules of Civil Procedure.

Consent of the parties

    Respectfully submitted,

    LINDA SINGER
    Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    */s/ Amy Caspari*
    AMY CASPARI [#488968]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
January 2, 2008    (202) 724-7794

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY SOWELL, et al.,** : | |
| **Plaintiffs,** : | |
| v. : | **Civ. No. 07-1659 (EGS)** |
| **GOVERNMENT OF THE** : | |
| **DISTRICT OF COLUMBIA,** : | |
| **Defendant.** : | |

## ORDER

On consideration of the Defendant's Consent Motion For Enlargement Of Time To Respond To Complaint, filed January 2, 2008, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of January 2008,

ORDERED, that the Defendant's motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendant's may respond to the complaint herein is hereby enlarged to and including January 25, 2008.

_____
United States District Court Judge