## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                              :

**SOWELL, et al.,**                    :
                              :

        **PLAINTIFFS,**            :
                              :      **Civ. Action No. 07-1659 (EGS)**

           **v.**                :
                              :

**DISTRICT OF COLUMBIA,**     :
                              :

        **DEFENDANT.**          :
_____

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_/s/ Edward P. Taptich_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

_/s/ Veronica A. Porter_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**February 11, 2008**