UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY SOWELL** : | |
| as parent and next friend of the minor child,: | |
| **D.S.,** : | |
| and : | |
| **D.S., individually** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | CIV. ACTION NO.  07-1659 (EGS): |
| **DISTRICT OF COLUMBIA,** : | |
| A Municipal Corporation : | |
| : | |
| **Defendant** : | |

**RULE 16.3 REPORT**

I. <u>STATEMENT OF FACTS AND STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES</u>:

  This is an action brought under the Individuals with Disabilities Education Improvement Act of 2004, P.L. 108-446, appealing a Hearing Officer's Determination issued on June 8, 2007.  The Hearing Officer erred in not requiring DCPS to fully fund, with transportation placement at the Children's Guild for the 2007-08 school year.  Plaintiffs seek reversal of that determination.

  Pursuant to Rule 16.3, the parties conferred, and their positions are as follows:

  (1) Case Tracking Category and Resolution by Summary Judgment:  Based on information available the parties believe that this case can be decided by dispositive motions.

  (2) Factual and Legal Issues; Joining of Additional Parties; Amendment of Pleadings: The parties do not anticipate the need for joining or amending the pleadings.  At this time, the parties do not believe that the factual and legal issues can be agreed

upon or narrowed.

(3)   Assignment to Magistrate Judge: The parties do not consent to the assignment of this case to a magistrate judge.

(4)   Potential for Settlement: The parties will discuss settlement, but do not believe that a settlement is possible at this time.

(5)   ADR Procedures: The parties are not amenable to ADR.

(6)   Motions for Summary Judgment: The parties believe this case can be decided by dispositive motions.

The parties propose the following schedule:

    (1) The administrative record to be filed by April 24, 2008.

    (2)  Plaintiffs' Motion for Summary Judgment to be filed by June 5, 2008.

    (3)  Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment to be filed by July 11, 2008.

    (4)  Plaintiffs' Reply to be filed by July 25, 2008.

    (5)  Defendant's Reply to be filed by August 8, 2008.

(7) Rule 26(a)(1) Disclosure: The parties agree to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8)   The parties do not believe discovery is necessary.

(9)   Rule 26(a)(2): The parties do not believe there will be a need for expert witnesses.

(10)   The instant case is not a class action.

(11)    Bifurcation of Trial or Discovery: The parties foresee no need to bifurcate discovery or trial.

(12)    Pre-Trial Conference Date: There is no need for a pretrial conference at this time.

(13)    Trial Date: There is no need to set a trial date at this time.

(14)    The parties are not aware of any other matters that require inclusion in a scheduling order.

        Respectfully Submitted,

/s/ *Paul S. Dalton*
Paul S. Dalton [439118]
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323
dcspedlaw@aol.com
**ATTORNEY FOR THE PLAINTIFFS**

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

/s/ *Veronica A. Porter*
Veronica A. Porter (412273)
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 724-6651(phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov
**ATTORNEY FOR DEFENDANT**